UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WILLIAM R. WEINSTEIN, individually
and on behalf of the People of the
United States of America,

                Plaintiff(s),

  -against-

DONALD J. TRUMP, in his official capacity
as President of the United States of America;
ET AL.,

                Defendant(s).
-------------------------------------------------------X

Civil Action No. 1:17-cv-01018-RA

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                         s.s :
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.
      That on the 17th day of February, 2017, at approximately 4:15 p.m., deponent served a true copy of the **<u>Summons in a Civil Action (endorsed with the index number and date of filing); Class Action Complaint; ECF Rules & Instructions; Individual Rules & Practices in Civil Cases (Ronnie Abrams, United States District Judge)</u>** upon Allen Weisselberg c/o The Trump Organization at 725 Fifth Avenue, New York, New York 10022 by personally delivering and leaving the same with Frank Palumbo, Security, who stated that he is authorized to accept service. (I was not given permission to go up to the offices of the defendant.) At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
      Frank Palumbo is a white male, approximately 55-65 years of age, is approximately 6 feet and 1 inch tall, weighs approximately 161-200 pounds, with short gray hair, dark eyes and was wearing glasses.

(1)

That on the 23rd day of February, 2017, deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Allen Weisselberg**
**c/o The Trump Organization**
**725 Fifth Avenue**
**New York, New York 10022**

Sworn to before me this
23rd day of February, 2017

BOBBY ALI #871612

NOTARY PUBLIC, STATE OF NEW YORK
STEVEN MITCHELL
Reg. No. 01-MI-6326046
Qualified in New York County
Commission expires June 08, 2019

(2)