UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM R. WEINSTEIN, individually and on
Behalf of the People of the United States of
America

                       Plaintiff,

       -against-                                 17 **CIVIL** 1018 (GBD)

## JUDGMENT

DONALD J. TRUMP, in his official capacity as
President of the United States, DONALD J.
TRUMP. JR., ERIC TRUMP, and ALLEN
WEISSELBERG, as Trustee of a publicly
Described but not publicly named,
                             Defendants.
------------------------------------------------------------X

        Defendants having moved to dismiss Second Amended Complaint ("SAC") Under Fed. R. Civ. P. Rule 12(b)(1) for lack of subject matter jurisdiction and under Rule 12(b)(6) for failure to state a claim, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on December 21, 2017, having rendered its Memorandum Decision and Order granting Defendants' motions to dismiss Plaintiff's SAC, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated December 21, 2017, Defendants' motions to dismiss Plaintiff's SAC are granted.

**Dated:** New York, New York
           December 21, 2017

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                              BY:

                                                            **Deputy Clerk**

                                             THIS DOCUMENT WAS ENTERED
                                             ON THE DOCKET ON 12/21/2017